**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**MATTHEW P. MATTIS**, Deputy City Attorney (SBN 225047)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   Fax: (213) 978-8785
Email: matthew.mattis@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES and ANTONIO McNEELY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest, GLORIA GONZALEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5, and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br><br>Defendants.<br>_____<br><br>MARCOS CASTANEDA, et al.<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants.<br>_____ | Case No. CV15-7932 JAK (FFM)<br> Consolidated with CV16-03101 JAK (FFMx)<br>Hon Judge: John A. Kronstadt; Ctrm 10B<br>Hon Magistrate Judge: Frederick F. Mumm<br><br><br>**DEFENDANTS' [PROPOSED] SPECIAL VERDICTS** |

1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants CITY OF LOS ANGELES, SAMUEL BRIGGS and ANTONIO MCNEELY (hereinafter "Defendants") respectfully requests the Court give the following Proposed Special Verdict Form to the jury.

Dated: November 6, 2017

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Supervising City Attorney
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney

By: /s/ *Matthew P. Mattis*

MATTHEW P. MATTIS, Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES and ANTONIO McNEELY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest, GLORIA GONZALEZ, individually<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5, and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br>    Defendants.<br><br>MARCOS CASTANEDA, et al.<br><br>    Plaintiffs<br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>    Defendants. | Case No. CV15-7932 JAK (FFM)<br>Consolidated with CV16-03101 JAK (FFMx)<br><br>**[PROPOSED] SPECIAL VERDICT** |

We, the jury, unanimously find as follows:

**QUESTION NO. 1:**

As to the Excessive/Unreasonable Force claim, have Plaintiffs proved that Defendant(s) used excessive/unreasonable force against Decedent Norma Guzman as described in this Court's jury instructions?

        Samuel Briggs        Yes \_\_\_\_\_    No \_\_\_\_\_

        Antonio McNeely      Yes \_\_\_\_\_    No \_\_\_\_\_

● If you answered "yes" to Question No. 1, proceed to Question No. 2.

● If you answered "no" to Question No. 1, proceed to Question No. 8.

**QUESTION NO. 2:**

Was the use of excessive/unreasonable force identified in Question No. 1, the moving force that caused the injury or harm to decedent Norma Guzman?

        Samuel Briggs        Yes \_\_\_\_\_    No \_\_\_\_\_

        Antonio McNeely      Yes \_\_\_\_\_    No \_\_\_\_\_

● Please proceed to Question No. 3.

**QUESTION NO. 3:**

What are Plaintiff Decedent Norma Guzman's damages?

    Past medical expenses: $_____

    Past pain and suffering: $_____

    Total: $_____

**QUESTION NO. 4:**

As to the Fourteenth Amendment Interference with Familial Integrity Claim, did any Defendant(s) interfere with Plaintiff Gloria Gonzalez' Familial Integrity with decedent Norma Guzman as described in this Court's jury instructions?

    Samuel Briggs    Yes _____ No _____

    Antonio McNeely    Yes _____ No _____

**QUESTION NO. 5:**

Was the Interference with Familial Integrity identified in Question No. 4 a moving force that caused the ultimate injury or harm to Plaintiff Gloria Gonzalez?

    Samuel Briggs    Yes _____ No _____

    Antonio McNeely    Yes _____ No _____

● If you answered "yes" to Question No. 5, proceed to Question No. 6.

● If you answered "no" to Question No. 5, proceed to Question No. 7.

**QUESTION NO. 6:**

What are Plaintiff Gloria Gonzalez' wrongful death damages for her past and future loss of decedent Norma Guzman's love, companionship, comfort, care, training, education, assistance, protection, affection, society, and moral support?

    Total: $_____

**QUESTION NO. 7:**

As to the Municipal Liability Claim for an Unconstitutional Custom, Policy or Practice, do you find that each Plaintiff(s) proved this claim as described in this Court's jury instructions?

    Gloria Gonzalez  Yes _____ No _____

    Marcos Castenada  Yes _____ No _____

● If you answered "yes" to Question No. 7, proceed to Question No. 8.

● If you answered "no" to Question No. 7, proceed to Question No. 9.

**QUESTION NO. 8:**

Was the Unconstitutional Custom, Policy or Practice identified in Question No. 7 a moving force that caused the ultimate injury or harm to Plaintiff decedent Norma Guzman?

    Answer:    Yes _____ No _____

4

*QUESTION NO. 9:*

Did any Defendant(s) commit acts of violence with the intent to prevent decedent Norma Guzman from exercising her right to be free from unreasonable search and seizure, as described in this Court's jury instructions?

    Samuel Briggs  Yes _____ No _____

    Antonio McNeely  Yes _____ No _____

● If you answered "yes" to Question No. 9, proceed to Question No. 10.

● If you answered "no" to Question No. 9, proceed to Question No. 11.

*QUESTION NO. 10:*

Was any Defendant(s) conduct a substantial factor in causing harm to decedent Norma Guzman?

    Samuel Briggs  Yes _____ No _____

    Antonio McNeely  Yes _____ No _____

*QUESTION NO. 11:*

Was any Defendant(s) negligent in their conduct towards decedent Norma Guzman, as described in this Court's jury instructions?

    Samuel Briggs  Yes _____ No _____

    Antonio McNeely  Yes _____ No _____

● If you answered "yes" to Question No. 11, proceed to Question No. 12.

● If you answered "no" to Question No. 11, proceed to Question No. 16.

**QUESTION NO. 12:**

Was any Defendant(s) negligence a substantial factor in causing harm to decedent Norma Guzman?

    Samuel Briggs    Yes _____  No _____

    Antonio McNeely    Yes _____  No _____

● If you answered "yes" to Question No. 12, proceed to Question No. 13.

● If you answered "no" to Question No. 12, proceed to Question No. 16.

**QUESTION NO. 13:**

Was decedent Norma Guzman negligent?

    Yes _____  No _____

● If you answered "yes" to Question No. 13, proceed to Question No. 14.

● If you answered "no" to Question No. 13, proceed to Question No. 16.

***QUESTION NO. 14:***

Was decedent Norma Guzman's negligence a substantial factor in causing harm to herself?

● If you answered "yes" to Question No. 14, proceed to Question No. 15.

● If you answered "no" to Question No. 14, proceed to Question No. 16.

***QUESTION NO. 15:***

What percentage of responsibility for Plaintiffs' harm do you assign to:

    Officer Samuel Briggs:    _____%

    Officer Antonio McNeely:    _____%

    Decedent Norma Guzman:    _____%

    Total:    100%

***QUESTION NO. 16:***

If you had any "yes" answers to Questions 10 and/or 12, what are Plaintiff Marcos Castenada's damages for his past and future loss of decedent Norma Guzman's love, companionship, comfort, care, training, education, assistance, protection, affection, society, and moral support?

    Total: $_____

7

***QUESTION NO. 17:***

If you had any "yes" answers to Questions Nos. 2, 5 and/or 10, please answer the following question:

Have Plaintiffs proved by clear and convincing evidence that any Defendant(s) conduct, as identified in your answers, was oppressive, malicious, and/or done with reckless or callous disregard to the rights of Plaintiffs as further explained in the jury instructions?

          Samuel Briggs          Yes \_\_\_\_\_    No \_\_\_\_\_

          Antonio McNeely      Yes \_\_\_\_\_    No \_\_\_\_\_

Please sign and date the verdict form and return it to the Court.

Date: _____                    _____

                                                   Jury Foreperson