ARNOLDO CASILLAS, SBN 158519
DANIEL W. GILLETTE, SBN 244019
**CASILLAS & ASSOCIATES**
3777 Long Beach Boulevard, 3rd Floor
Long Beach, California 90807
Telephone: (562) 203-3030
Facsimile: (323) 297-2833
Email: acasillas@casillaslegal.com

Attorneys for Plaintiffs,
Estate of Norma Guzman and Gloria Gonzalez

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GONZALEZ, individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5 and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br><br>Defendant.<br><br>AND CONSLIDATED ACTION(S) | Lead Case No.: CV15-07932 JAK (FFMx)<br>Consolidated with.: CV16-03101 JAK (FFMx)<br><br>Hon Judge: John A. Kronstadt; Ctrm 750<br>Hon Magistrate Judge: Frederick F. Mumm<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date: November 28, 2017<br>Time: 9:00 a.m.<br>Place: 750 |

Plaintiffs, Estate of Norma Guzman, by and through successors in interest, Gloria Gonzalez, and Gloria Gonzalez, individually, Eric Castaneda Guzman, Marcos Castaneda Rocha, and Defendants, City of Los Angeles, Samuel Briggs, and Antonio McNeely, hereby submit the following Joint Exhibit List:

| Case Name: Estate of Norma Guzman, et al v. City of Los Angeles, et al. | | | | | |
|---|---|---|---|---|---|
| Case Number: CV15-07932 JAK (FFMx) | | | | | |
| **No.** | **Description** | **Stip. to Authen.** | **Stip. to Admiss.** | **Date Identified** | **Date Admitted** |
| 1. | LASD Force Investigation Division Report No. F083-15 – 19 pages | | | | |
| 2. | Scene Photos (LAPD) – 223 photos | | | | |
| 3. | Los Angeles Board of Police Commissioners Report – Out of Policy Shooting, No. 083-15 | | | | |
| 4. | Audio of Briggs Statement | | | | |
| 5. | Transcript of Briggs Statement | | | | |
| 6. | LASD Force Investigation Division Supplemental Report No. F083-15: Transcript of Second Briggs Interview | | | | |
| 7. | Audio of McNeely Statement | | | | |
| 8. | Transcript of McNeely Statement | | | | |
| 9. | Surveillance Footage of Shooting | | | | |
| 10. | BWC/Briggs Footage: | | | | |

| | Slow Motion | | | | |
|---|---|---|---|---|---|
| 11. | BWC/McNeely: Slow Motion | | | | |
| 12. | BWC Footage: First Responding Vehicle Driver | | | | |
| 13. | BWC Footage: First Responding Vehicle Passenger | | | | |
| 14. | BWC Footage: Interview of Female Witness | | | | |
| 15. | BWC Footage: Interview of Female Witness Store Employee | | | | |
| 16. | Dash Cam Footage: First Responding Vehicle | | | | |
| 17. | Real-Time Analysis and Critical Response Division Notification Log, dated September 27, 2015, Addendum No. 1 A-C to FID Report No. F083-15 | | | | |
| 18. | Newton Area Watch Commander’s Daily Report and Sergeant’s Daily Reports, dated September 27, 2015, Addendum No. 2 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | A-I to FID Report No. F083-15 | | | | |
| 19. | Los Angeles County Consolidated Criminal History System and Criminal Information Index Rap Sheet for Norma Guzman, CII No. A29895371, dated September 28, 2015, Addendum No. 3 A-H to FID Report No. F083-15 | | | | |
| 20. | Los Angeles Police Department, Investigative Report for Assault with a Deadly Weapon, a Follow-up Investigation Report, Divisional Report No. 1513-18727, dated September 27, 2015, and a Follow-up Investigation Report, Divisional Report No. 1513-18727, dated June 23, 2016, Addendum No. 4 A-D to FID Report No. F083-15 | | | | |
| 21. | Los Angeles Police | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Department, Death Investigation Report, Divisional Report No. 1513-19556, dated September 27, 2015, and Follow-up Investigation Report, dated June 8, 2016, Addendum No. 5 A-B to FID Report No. F083-15 | | | | |
| 22. | Los Angeles Police Department, Forensic Science Division, Firearms – Bullet Path Analysis, dated January 20, 2016, Addendum No. 6 to FID Report No. F083-15 | | | | |
| 23. | Los Angeles Police Department, Property Reports, Item Nos. 1-20; Divisional Report No. 1513-18727, Addendum No. 7 A-F to FID Report No. F083-15 | | | | |
| 24. | Los Angeles County Department of Medical Examiner-Coroner Autopsy Report for Norma | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Guzman, Coroner Case No. 2015-06736, Addendum No. 8 A-V to FID Report No. F083-15 | | | | |
| 25. | Los Angeles Police Department, Forensic Science Division, Firearms-Test Fire of Officer Briggs's firearm, dated November 13, 2015, Addendum No. 9 A-B to FID Report No. F083-15 | | | | |
| 26. | Los Angeles Police Department, Forensic Science Division, Firearms-Test Fire of Officer McNeely's firearm, dated November 6, 2015, Addendum No. 10 A-B to FID Report No. F083-15 | | | | |
| 27. | Los Angeles Police Department, Forensic Science Division, Analyzed Evidence Report, Divisional Report No. 1513-18727, dated October 27, 2015, Addendum No. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 11 to FID Report No. F083-15 | | | | |
| 28. | Los Angeles Police Department, Forensic Science Division, Serology/DNA report, dated June 16, 2016, Addendum No. 12 A-B to FID Report No. F083-15 | | | | |
| 29. | Los Angeles Police Department, Forensic Science Division, Firearms – Evidence Collection report, dated January 20, 2015, Addendum No. 13 to FID Report No. F083-15 | | | | |
| 30. | Los Angeles Police Department, Forensic Science Division, Bullet/Cartridge Case Comparison Report, dated March 27, 2016, Addendum No. 14 A-B to FID Report No. F083-15 | | | | |
| 31. | Intradepartmental Correspondence, Newton Division Commanding | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Officer's Assessment of Supervisory Response at a Categorical Use of Force Incident, FID No. F083-15, dated September 30, 2015, Addendum No. 15 to FID Report No. F083-15 | | | | |
| 32. | | | | | |
| 33. | Photos of Norma Guzman/Family (3) | | | | |
| 34. | 911 Emergency Audio File No.: INC.150919002247-1781(1) | | | | |
| 35. | 911 Emergency Audio File No.: INC.150919002247-1781(2) | | | | |
| 36. | 911 Emergency Audio File No.: NEWT OIS FREQ 0900-1000 HRS 9-27-15 I1781 | | | | |
| 37. | LAPD Radio Call Broadcast | | | | |
| 38. | LAPD Manual – Policy for Contacts with Persons with Mental Illness | | | | |
| 39. | LAPD – Use of Force Policy | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 40. | Statement of Ricky Love | | | | |
| 41. | Statement of Epifanio Sandoval | | | | |
| 42. | Statement of Isabel Padilla | | | | |
| 43. | Transcript of Statement of Oscar Garcia | | | | |
| 44. | Transcript of Statement of Odulio Puac | | | | |
| 45. | Transcript of Statement of Rufino Munos | | | | |
| 46. | Transcript of Statement of Maricruz Munoz | | | | |
| 47. | Transcript of Statement of Brandy Morales | | | | |
| 48. | Transcript of Statement of Rufino Munos Jr. | | | | |
| 49. | Transcript of Statement of Stephania Munos | | | | |
| 50. | Transcript of Statement of Maricela Ramirez | | | | |
| 51. | Transcript of Statement of Maria Alonso | | | | |
| 52. | Transcript of Statement of Sergio Aaron Flores | | | | |
| 53. | Transcript of Statement of Francisco Sanchez | | | | |
| 54. | Transcript of Statement of | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Agustin Hurtado | | | | |
| 55. | Transcript of Statement of Samantha Flores | | | | |
| 56. | Transcript of Statement of Grace Cervantes | | | | |
| 57. | Transcript of Statement of Josephine Lugo | | | | |
| 58. | Transcript of Statement of Edder Pineda | | | | |
| 59. | Transcript of Statement of Rene Hinkson | | | | |
| 60. | Security Video – 092715 at 0936 hours | | | | |
| 61. | Body Worn Video – Officer Briggs | | | | |
| 62. | Body Worn Video – Officer McNeeley | | | | |
| 63. | Body Worn Video – Officer Bracht | | | | |
| 64. | Digital In-Car Video – Newton Unit 13A27 | | | | |
| 65. | Newton Frequency 092715 | | | | |
| 66. | 911 Radio Call – Inc #150919002247 | | | | |
| 67. | 911 Radio Call – Inc #150927001781 | | | | |
| 68. | Scene Photos #D526883 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 69. | Scene Photos #D526884 | | | | |
| 70. | Photos of Guzman's Clothing D#0526908 | | | | |
| 71. | 2 photos from witness Flores D#0527074 | | | | |
| 72. | Coroner Photos | | | | |
| 73. | Security video 9/27/15 at 1001 hours | | | | |
| 74. | Laboratory Analysis Summary report, 4/16/15 | | | | |
| 75. | | | | | |

Dated: November 6, 2017

CASILLAS & ASSOCIATES

By: /S/ Arnoldo Casillas
Arnoldo Casillas, Esq.
Attorneys for Plaintiffs' ESTATE OF NORMA GUZMAN and GLORIA GONZALEZ

Dated: November 6, 2017

BERNARD & BERNARD

By: /S/ Stephen Bernard
Stephen Bernard, Esq.
Attorneys for Defendant MARCOS CASTANEDA, et al

Dated: November 6, 2017

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assist City Atty
CORY M. BRENTE, Supervising City Attorney

By: /s/ Christian R. Bojorquez
Christian R. Bojorquez, Deputy City Attorney
Attorneys for Defendant CITY OF LOS

ANGELES and ANTONIO McNEELY

Dated: July 28, 2017

JONES & MAYER

By: /S/ James R. Touchstone
James Touchstone, Esq.
Denise L. Rocawich, Esq.
Attorney for Defendant SAMUEL BRIGGS