ARNOLDO CASILLAS, SBN 158519
DANIEL W. GILLETTE, SBN 244019
**CASILLAS & ASSOCIATES**
3777 Long Beach Boulevard, 3rd Floor
Long Beach, California 90807
Telephone: (562) 203-3030
Facsimile: (323) 297-2833
Email: acasillas@casillaslegal.com

Attorneys for Plaintiffs,
Estate of Norma Guzman and Gloria Gonzalez

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GONZALEZ, individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5 and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br><br>Defendant.<br>_____<br>AND CONSOLIDATED ACTION(S) | Lead Case No.: CV15-07932 JAK (FFMx)<br>Consolidated with.: CV16-03101 JAK (FFMx)<br><br>Hon Judge: John A. Kronstadt; Ctrm 750<br>Hon Magistrate Judge: Frederick F. Mumm<br><br>**JOINT WITNESS LIST**<br><br>Trial<br>Date: December 12, 2017<br>Time: 9:00 a.m.<br>Place: 750 |

Plaintiffs, Estate of Norma Guzman, by and through successors in interest, Gloria Gonzalez, and Gloria Gonzalez, individually, Eric Castaneda Guzman, Marcos Castaneda Rocha, and Defendants, City of Los Angeles, Samuel Briggs, and Antonio McNeely, hereby submit the following Joint Witness List:

Case Name: Estate of Norma Guzman, et al v. City of Los Angeles, et al.

Case Number: CV15-07932 JAK (FFMx)

| No. of Witness | Witness Name | Time for Direct | X-Examiner's Estimate | Time For Re-Direct | Total Time |
|---|---|---|---|---|---|
| 1. | Samuel Briggs (Facts of shooting incident) | 3.0 hours <br><br> (P's) | 1.5 hours | 1 hour <br><br> (P's) | |
| 2. | Antonio McNeely (Facts of shooting incident) | 3.0 hours <br><br> (P's) | 1.5 hours | 1 hour <br><br> (P's) | |
| 3. | Detective II J. Alvarez, Serial No. 34962 (Facts from investigation of shooting incident) | 1.0 hour <br><br> (P's) | | .3 hour <br><br> (P's) | |
| 4. | Detective III O. Lopez, Serial No. 27612 (Facts from investigation of shooting incident) | 1.0 hour <br><br> (P's) | | .3 hour <br><br> (P's) | |
| 5. | Detective III D. Anderson, Serial No. 27835 (Facts from investigation of shooting incident) | 1.0 Hour <br><br> (P's) | | .3 hour <br><br> (P's) | |
| 6. | Detective II P. D'Elia, Serial | 1.0 hour | | .3 hour | |

| | | | | | |
|---|---|---|---|---|---|
| | | No. 26795 (Facts from investigation of shooting incident) | (P's) | | (P's) |
| | 7. | Detective II A. Rheault (Facts from investigation of shooting incident) | 1.0 hour<br><br>(P's) | | .3 hour<br><br>(P's) |
| | 8. | LAPD Officer Gina Bracht, Serial Number 32139 (Facts regarding previous LAPD contacts with Norma Guzman) | .5 hour<br><br><br><br>(P's) | | .25 hour<br><br><br><br>(P's) |
| | 9. | LAPD Officer Hugo Alfaro, Serial Number 41908 (Facts regarding previous LAPD contacts with Norma Guzman) | .5 hour<br><br><br><br>(P's) | | .25 hour<br><br><br><br>(P's) |
| | 10. | Roger Clark (Plaintiffs' expert – police practices) | 1.0 hour<br><br>(P's) | 2.0 hours | .3 hour<br><br>(P's) |
| | 11. | Los Angeles Board of Police Commissioner | 1.0 hour | | .3 hour |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | s Inspector General Alexander A Bustamante (Reasonableness of officers' actions during incident) (P's) |  |  | (P's) |  |
| 12. | Charles Dempsey (LAPD policies and procedures re use of force and contacts with mentally ill) | 2.0 hours (P's) |  | (P's) |  |
| 13. | LAPD Police Chief Charlie Beck (LAPD use of force policies and procedures) | 1.0 hour (P's) |  | .3 hour (P's) |  |
| 14. | Dr. Kevin Young (Cause and manner of death) | .5 hour (P's) | 1 hour | .25 hour (P's) |  |
| 15. | Gloria Pascuala Gonzalez Ortega (Damages) | 1.5 hours (P's) | 1 hour | .5 hour (P's) |  |
| 16. | Oswaldo Guzman Gonzalez (Damages) | .5 hour (P's)_ | 1 hour | .25 hour (P's) |  |
| 17. | Raymundo Guzman Gonzalez | .5 hour | 1 hour | .25 hour |  |

|     |                                                                              |                  |         |                  |     |
| --- | ---------------------------------------------------------------------------- | ---------------- | ------- | ---------------- | --- |
|     | (Damages)                                                                    | (P's)            |         | (P's)            |     |
| 18. | Eric Castaneda Rocha (Damages)                                               | 1.0 hour  (P's)  | 1 hour  | .3 hour  (P's)   |     |
| 19. | Marcos Castaneda Rocha (Damages)                                             | 1.0 hour  (P's)  | 1 hour  | .3 hour  (P's)   |     |
| 20. | Jared Maloff, PsyD, QME (Damages)                                            | 1.0 hour  (P's)  | 2 hours | .5 hour  (P's)   |     |
| 21. | Ed Flosi (Defendants' expert- police practices)                              | 2 hours  (Defs') |         | .5 hour  (Defs') |     |
| 22. | D. Rubin #69077 (criminalist/ evidence analysis)                             | .5 hours  (Defs')|         | .5 hours  (Defs')|     |
| 23. | S. Kelly #N4365 (criminalist/ evidence analysis)                             | .5 hours  (Defs')|         | .5 hours  (Defs')|     |
| 24. | Caitlin Miller, L.A. County Senior Criminalist (toxicology admin review)     | .5 hours  (Defs')|         | .5 hours  (Defs')|     |
| 25. | J. Gadway (toxicology analyst)                                               | .5 hours  (Defs')|         | .5 hours  (Defs')|     |
| 26. | K. Alvarado #N4216 (evidence collection)                                     | .5 hours  (Defs')|         | .5 hours  (Defs')|     |
| 27. | J. Seror #N4571                                                              | .5 hours         |         | .5 hours         |     |

| | | | | | |
|---|---|---|---|---|---|
| | (criminalist/ evidence analysis) | (Defs') | | (Defs') | |
| 28. | A. Manfreda #N3179 (criminalist/ evidence analysis) | .5 hours  (Defs') | | .5 hours  (Defs') | |
| 29. | Kelli Blanchard (coroner investigator) | .5 hours  (Defs') | | .5 hours  (Defs') | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |

\*\* Witnesses to be called only if need arises.

Dated: November 6, 2017         BERNARD & BERNARD


By:  /s/ Stephen Bernard
     Stephen Bernard
     Attorneys for Plaintiffs Eric
     Castaneda Guzman, Marcos
     Castaneda Rocha and Estate of
     Norma Guzman

Dated: November 6, 2017        CASILLAS & ASSOCIATES


                                              By: /s/ Arnoldo Casillas
                                                   Arnoldo Casillas
                                                   Daniel W. Gillette
                                                   Attorneys for Plaintiffs
                                                   Estate of Norma Guzman and Gloria Gonzalez


Dated: November 6, 2017        MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Supervising City Attorney

                                              By: /s/ Matthew P. Mattis
                                              MATTHEW P. MATTIS, Deputy City Attorney
                                              Attorneys for Defendant CITY OF LOS ANGELES and ANTONIO McNEELY


Dated:  November 6, 2017        Respectfully Submitted,


                                              By: /s/ James R. Touchstone
                                              JAMES R. TOUCHSTONE
                                              DENISE L. ROCAWICH
                                              Attorneys for Defendant Officer Samuel Briggs