ARNOLDO CASILLAS, ESQ., SBN 158519
**CASILLAS & ASSOCIATES**
3777 Long Beach Boulevard, 3rd Floor
Long Beach, California 90807
Telephone:   (562) 203-3030
Facsimile:    (323) 297-2833
Email: acasillas@morenolawoffices.com

Attorneys for Plaintiffs,
Estate of Norma Guzman and Gloria Gonzalez

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GONZALEZ, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF LOS ANGELES, DOE OFFICERS 1 through 5 and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTION(S) | Lead Case No.: CV15-07932 JAK (FFMx) <br> Consolidated with.: CV16-03101 JAK (FFMx) <br><br> Hon Judge: John A. Kronstadt; Ctrm 750 <br> Hon Magistrate Judge: Frederick F. Mumm <br><br> **NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION** |

**COME NOW PLAINTIFFS** ESTATE OF NORMA GUZMAN, by and through successor in interest, and GLORIA GONZALEZ, individually, and hereby gives notice that all parties in the above consolidated action have reached a conditional settlement.  The settlement is conditioned upon the approval by the City Council for the City of Los Angeles and the execution of settlement documents.  The parties will thereafter file a stipulation re dismissal.

1
NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION

1

2   Dated: November 27, 2017        CASILLAS & ASSOCIATES

3                                   By: /s/  Arnoldo Casillas
                                    ARNOLDO CASILLAS
4                                   DANIEL W. GILLETTE
                                    Attorneys for Plaintiffs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION