**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel:  (213) 978-7023   Fax:  (213) 978-8785
Email: Christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES and ANTONIO McNEELY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest, GLORIA GONZALEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5, and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br><br>Defendants.<br>_____<br>AND CONSOLIDATED CASE. | Case No. CV15-7932 JAK (FFM)<br>Consolidated with CV16-03101 JAK (FFMx)<br>Hon Judge:  John A. Kronstadt; Ctrm 10B<br>Hon Magistrate Judge: Frederick F. Mumm<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE JOHN A. KRONSTADT, U.S. DISTRICT COURT JUDGE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW the Plaintiff ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GUZMAN, and Plaintiff MARCOS CASTANEDA, and Defendants CITY OF LOS ANGELES, ANTONIO MCNEELY and SAMUEL BRIGGS, by and through their counsel of record, hereby stipulate and request that the

1

Court continue the pending Order to Show Cause re Dismissal, currently set for January 29, 2018, for ninety (90) days.

The parties have settled the lawsuit, subject to the approval by the Los Angeles City Council. The parties are requesting continuation of the scheduled hearing for ninety days to allow time for the City Council to review the settlement. Defendants anticipate the proposed settlement will be before the City Claims Board on approximately February 7, 2018. The Defendants further anticipate that the proposed settlement would then be heard before the City Council within approximately two (2) weeks thereafter. The parties request 90 days in an abundance of caution.

Dated: January 22, 2018        CASILLAS & ASSOCIATES

By:   /S/ Arnoldo Casillas
        Arnoldo Casillas, Esq.
Attorneys for Plaintiffs ESTATE OF NORMA
GUZMAN and GLORIA GONZALEZ

Dated: January 22, 2018        MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Supervising City Attorney

By:   /s/ *Christian R. Bojorquez*
        Christian R. Bojorquez, Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES
and ANTONIO McNEELY

Dated: January 22, 2018        BERNARD & BERNARD

By:   /S/ Stephen Bernard
        Stephen Bernard, Esq.
Attorneys for Defendant MARCOS CASTANEDA, et al

Dated: January 22, 2018        JONES & MAYER

By:   /S/ James R. Touchstone
        James Touchstone, Esq.
        Denise L. Rocawich, Esq.
Attorney for Defendant SAMUEL BRIGGS