| | |
|---|---|
| 1 | **MICHAEL N. FEUER,** City Attorney (SBN 111529x) |
| 2 | **THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388) |
|   | **CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453) |
| 3 | **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872) |
| 4 | 200 N. Main Street, 6th Floor, City Hall East |
|   | Los Angeles, California  90012 |
| 5 | Tel:  (213) 978-7023   Fax:  (213) 978-8785 |
| 6 | Email: Christian.bojorquez@lacity.org |
| 7 | Attorneys for Defendants CITY OF LOS ANGELES and ANTONIO McNEELY |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest, GLORIA GONZALEZ, individually | Case No. CV15-7932 JAK (FFM) |
| | Consolidated with CV16-03101 JAK (FFMx) |
| | Hon Judge:  John A. Kronstadt; Ctrm 10B |
| | Hon Magistrate Judge: Frederick F. Mumm |
| Plaintiffs, | |
| vs. | **JOINT STATUS REPORT RE SETTLEMENT** |
| CITY OF LOS ANGELES, DOE OFFICERS 1 through 5, and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10, | |
| Defendants. | |
| AND CONSOLIDATED CASE. | |

**TO THE HONORABLE JOHN A. KRONSTADT, U.S. DISTRICT COURT JUDGE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW the Plaintiff ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GUZMAN, and Plaintiff MARCOS CASTANEDA, and Defendants CITY OF LOS ANGELES, ANTONIO MCNEELY and SAMUEL BRIGGS, by and through their counsel of record, hereby stipulate and request that the

1

1  Court continue the pending Order to Show Cause re Dismissal, currently set for March
2  26, 2018, for forty-five (45) days.
3         As the Court knows, the parties have settled the lawsuit, subject to the approval by
4  the Los Angeles City Council.  The City Attorney's office has had to provide additional
5  information and revise their formal report to the City Council, and on that basis
6  Defendants will need some additional time.  The parties are requesting continuation of
7  the scheduled hearing for 45 days to allow time for the City Council to review the
8  settlement.  Defendants anticipate the proposed settlement will be before the City Claims
9  Board on approximately April 2, 2018.  The Defendants further anticipate that the
10 proposed settlement would then be heard before the City Council within approximately
11 two (2) weeks thereafter.  The parties request 45 days in an abundance of caution.

Dated: March 20, 2018          CASILLAS & ASSOCIATES

                               By:    /S/ Arnoldo Casillas
                                      Arnoldo Casillas, Esq.
                               Attorneys for Plaintiffs ESTATE OF NORMA
                               GUZMAN, et al.

Dated: March 20, 2018          MICHAEL N. FEUER, City Attorney

                               By:    /s/ *Christian R. Bojorquez*
                                      Christian R. Bojorquez, Deputy City Attorney
                               Attorneys for Defendants CITY OF LOS ANGELES

Dated: March 20, 2018          BERNARD & BERNARD

                               By:    /S/ Stephen Bernard
                                      Stephen Bernard, Esq.
                               Attorneys for Plaintiff MARCOS CASTANEDA, et al

Dated: March 20, 2018          JONES & MAYER

                               By:    /S/ James R. Touchstone
                                      James Touchstone, Esq.
                               Attorney for Defendant SAMUEL BRIGGS