1  Stephen Bernard, Esq. (SBN 56553)
2  BERNARD & BERNARD
   One Westwood, Suite 1175
3  10990 Wilshire Boulevard
4  Los Angeles, California 90024
   Ph.: (310) 312-0220; Fax: (310) 312-0016
5

6  Gary Appleby, Esq. (SBN 165041)
   LAW OFFICES OF GARY APPLEBY
7  291 S. La Cienega Boulevard, Suite 205
8  Beverly Hills, California 90211
   Ph.: (310) 273-0192; Fax: (310) 657-1157
9

10 Attorneys for Plaintiffs, MARCOS CASTANEDA, and
   E.C., a minor, by and through his guardian ad litem,
11 MARCOS CASTANEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NORMA GUZMAN, by and through successor in interest, GLORIA GONZALEZ, individually<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, DOE OFFICERS 1 through 5, and DOES 6 through 10, INCLUSIVE, and DOES 1 through 10,<br>　　　　　Defendants.<br>_____<br>AND CONSOLIDATED CASE. | Case No. CV15-7932 JAK (FFM)<br>Consolidated with CV16-03101 JAK (FFMx)<br>Hon Judge: John A. Kronstadt; Ctrm 10B<br>Hon Magistrate Judge: Frederick F. Mumm<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**JOINT STATUS REPORT RE SETTLEMENT**

**TO THE HONORABLE JOHN A. KRONSTADT, U.S. DISTRICT COURT JUDGE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW the Plaintiff ESTATE OF NORMA GUZMAN, by and through successor in interest GLORIA GUZMAN, and Plaintiff MARCOS CASTANEDA, and Defendants CITY OF LOS ANGELES, ANTONIO MCNEELY and SAMUEL BRIGGS, by and through their counsel of record, hereby stipulate and request that the Court continue the pending Order to Show Cause re Dismissal, currently set for May 14, 2018.

As the Court is aware, the parties have settled the lawsuit, subject to the approval by the Los Angeles City Council. The Los Angeles City Council approved the settlement on May 1, 2018. The Mayor signed off on the settlement on May 8, 2018. The Parties are in the process of finalizing the settlement agreement. Settlement drafts are expected to be issued on May 16, 2018 and delivered to Plaintiffs' attorneys no later than May 17, 2018. Once the settlement drafts are delivered, the Plaintiffs will file dismissals of this action. In light of the foregoing, the Parties are requesting that the OSC Re Dismissal currently set for May 14, 2018 be continued to May 21, 2018.

Dated: May 8, 2018        BERNARD & BERNARD

                          By:     /S/ Stephen Bernard
                                Stephen Bernard, Esq.
                          Attorneys for Plaintiff MARCOS CASTANEDA, et al


Dated: May 8, 2018        CASILLAS & ASSOCIATES

                          By:     /S/ Arnoldo Casillas
                                Arnoldo Casillas, Esq.
                          Attorneys for Plaintiffs ESTATE OF NORMA
                          GUZMAN, et al.

**JOINT STATUS REPORT RE SETTLEMENT**

| | | |
|---|---|---|
| 1 | Dated: May 8, 2018 | MICHAEL N. FEUER, City Attorney |
| 2 | | |
| 3 | | By:   /s/ *Christian R. Bojorquez* |
| 4 | | Christian R. Bojorquez, Deputy City Attorney<br>Attorneys for Defendants CITY OF LOS ANGELES |
| 5 | | |
| 6 | Dated: May 8, 2018 | JONES & MAYER |
| 7 | | |
| 8 | | By:    /S/ Denise L. Rocawich<br>Denise L. Rocawich, Esq. |
| 9 | | Attorney for Defendant SAMUEL BRIGGS |

**JOINT STATUS REPORT RE SETTLEMENT**